DAVIS CLEAVER

v.

STATE OF ILLINOIS.

*Opinion filed April 18, 1923.*

CONTRACT—*when State liable.* The State is liable for supplies furnished to the Soldiers and Sailors Home.

Edward J. Brundage, Attorney General, for State.

The claimant furnishes proof of supplying eggs, produce and supplies to the Soldiers and Sailors Home to amount of $197.75, which the Attorney General admits and consents in writing to its allowance. An award is therefore made to claimant in sum of one hundred ninety-seven and 75/100 dollars.